U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TONY MAC MOORE<br>    LA. DOC. #123301<br>VS.<br><br>LOUISIANA PAROLE BOARD, ET AL. | CIVIL ACTION NO. 08-0413<br><br>SECTION P<br>JUDGE TRIMBLE<br>MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Complaint against the Louisiana Department of Public Safety and Corrections and the Louisiana Parole Board, and its members be **DISMISSED WITH PREJUDICE** because plaintiff seeks monetary relief against defendants who are immune from suit in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(iii); and,

**IT IS FURTHER ORDERED** that plaintiff's Complaint against Secretaries Stalder and LeBlanc be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(i); and,

**IT IS ALSO FURTHER ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) until such time as the <u>Heck</u> conditions are met.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 3rd day of July, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE